IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOBBY LEE ROBERTSON                                                                              PLAINTIFF

v.                                      Civil No. 1:15-CV-1051

LIEUTENANT BOBBY LINDER,
Ashley County Sheriff's Office; and
JUDGE BILLY J. HUBBELL, Crossett
Municipal Court                                                                                      DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed October 13, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5. Judge Bryant recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff's claims are frivolous, Plaintiff fails to state claims upon which relief may be granted, and Plaintiff's claims are against individuals immune from suit. *See* 28 U.S.C. § 1915(g). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED**. The Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 12th day of November, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge